UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:14-cv-1129-ORL-37-KRS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NOMAR N. QUILES ALBARRAN

    Defendant.

---

## COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

The United States of America, plaintiff, alleges that:

### Jurisdiction

1. This Court has jurisdiction over the subject matter of this action pursuant to Article III, Section 2, U.S. Constitution and 28 U.S.C. 1345.

### Venue

2. The Defendant is a resident of Orange County, Florida within the jurisdiction of this Court.

### The Debt

3. The debt owed the USA is as follows:

| | |
|---|---|
| A. Current Principal *(after application of all prior payments, credits, and offsets)* | $9,625.00 |
| B. Current Capitalized Interest Balance and Accrued Interest | $4,483.78 |
| **Total Owed - Claim Number 2011A36483** | **$14,108.78** |

The Certificate of Indebtedness attached as Exhibit "A" show the total owed excluding attorney's fees and CIF charges. The principal balance and the interest balance shown on the Certificate of Indebtedness, is correct as of the date of the Certificate of Indebtedness after application of all prior payments, credits, and offsets. Prejudgment interest accrues at the rate of 3.270% per annum or $0.86 per day.

### Failure to Pay

4. Demand has been made upon the defendant for payment of the indebtedness, and the defendant has neglected and refused to pay the same.

WHEREFORE, Plaintiff, UNITED STATES OF AMERICA, prays for judgment:

A. For the sums set forth in paragraph 3 above, plus prejudgment interest through the date of judgment, all administrative costs allowed by law, and post-judgment interest pursuant to 28 U.S.C. §1961 that interest on the judgment be at the legal rate until paid in full;

B. For attorneys' fees to the extent allowed by law; and,

C. For such other relief which the Court deems proper.

DATED this _1st_ day of July, 2014.

Respectfully submitted,

By:_____
Steven M. Davis, (Florida Bar No. 894249)
Email: sdavis@becker-poliakoff.com
Becker & Poliakoff, P.A.
121 Alhambra Plaza, 10th Floor
Coral Gables, FL 33134
Telephone: (305)262-4433
Facsimile: (305) 442-2232
*Attorneys for Plaintiff United States of America*

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS # 1 of 1

Nomar N. Quiles Albarran
aka: Nomar N. Quiles

I certify that U.S. Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 02/10/11.

On or about 03/06/95, 10/10/95, and 12/02/96, the borrower executed promissory note(s) to secure loan(s) of $2,625.00, $3,500.00, and $3,500.00 from the U.S. Department of Education. This loan was disbursed for $2,625.00 on 03/12/95 to 03/21/95, $3,500.00 on 10/17/95 to 01/28/96, and $3,500.00 on 12/05/96 to 02/04/97, at a variable rate of interest to be established annually. The loan was made by the Department under the William D. Ford Federal Direct Loan Program under Title IV, Part D of the Higher Education Act of 1965, as amended, 20 U.S.C. 1087a et seq. (34 C.F.R. Part 685). The Department demanded payment according to the terms of the note, and the borrower defaulted on the obligation on 05/04/01. Pursuant to 34 C.F.R. § 685.202(b), a total of $0.00 in unpaid interest was capitalized and added to the principal balance.

The Department has credited a total of $2,419.52 in payments from all sources, including Treasury Department offsets, if any, to the balance. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal: | $9,625.00 |
| Interest: | $3,424.01 |
| Total debt as of 02/10/11: | $13,049.01 |

Interest accrues on the principal shown here at the current rate of 3.27 percent and a daily rate of $0.86 through June 30, 2011, and thereafter at such rate as the Department establishes pursuant to Section 455(b) of the Higher Education Act of 1965, as amended, 20 U.S.C. 1087e.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 2/22/11        Loan Analyst _____
                            Litigation Support _____



EXHIBIT A