**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.   Case No. 6:14-cv-1129-Orl-37KRS

NOMAR N. QUILES ALBARRAN,

    Defendant.

## ORDER

This cause is before the Court on the following:

1. Motion for Entry of Default Judgment (Doc. 7), filed October 8, 2014;

2. Magistrate Judge Karla R. Spaulding's Report and Recommendation (Doc. 8), filed December 29, 2014; and

3. Response to Court's Report and Recommendation (Doc. 9), filed January 6, 2014.

In a well-reasoned Report and Recommendation ("R&R"), Magistrate Judge Karla R. Spaulding recommends granting the Plaintiff's Motion for Entry of Default Judgment. (*See* Doc. 8, p. 9 (citing Doc. 7).) The objection period has expired, and Defendant did not object to the R&R. *See* Fed. R. Civ. P. 72(b)(2); 28 U.S.C. § 636(b). Upon fairness review, the Court finds that the R&R is due to be adopted and confirmed and made a part of this Order.

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. Magistrate Judge Karla R. Spaulding's Report and Recommendation (Doc. 8) is **ADOPTED AND CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Entry of Default Judgment (Doc. 7) is **GRANTED**.

   a. The Court **FINDS** that Defendant is liable to the Plaintiff in the amount of $9,625.00 plus accrued prejudgment interest.

   b. The Court **AWARDS** Plaintiff attorney's fees in the amount of $940.00 and costs in the amount of $35.00.

3. On or before January 29, 2015, Plaintiff is **DIRECTED** to file a proposed judgment with prejudgment interest calculated as of January 30, 2015.

4. In conjunction with the proposed judgment, on or before January 29, 2015, Plaintiff is **DIRECTED** to separately file a supplemental brief explaining the rates, dates, and sources used to calculate the proposed January 30, 2015 prejudgment interest amount.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on January 22, 2015.

*[signature]*

ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record